IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BROWSERKEY, LLC, | § |
| *Plaintiff*, | § |
| v. | §  CASE NO. 2:25-cv-00452-JRG-RSP |
| UBS AG and UBS FINANCIAL SERVICES INC., | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by BrowserKey, LLC ("Plaintiff"). (Dkt. No. 8.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 1st day of May, 2025.**

*/s/ Rodney Gilstrap*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE